**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA MOHR and GWENDOLYN KALIMU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>KIA AMERICA, INC., a California corporation, and HYUNDAI MOTOR AMERICA, a California corporation,<br><br>Defendants. | Case No. 8:22-cv-01905-DOC-ADS<br><br>**ORDER STAYING CASE PENDING FURTHER PROCEEDINGS IN MDL 3052** |

4876-2811-3715

**ORDER**

On December 13, 2022, the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") issued an order in MDL No. 3052 transferring sixteen (16) actions brought by plaintiffs who purchased or leased Kia and Hyundai branded vehicles and allege they are defective because the cars lack engine immobilizer technology. The actions, which involve claims similar to those here, were transferred to the Honorable James V. Selna. To reduce duplicative discovery and avoid conflicting rulings, the Court, on its own motion, STAYS all deadlines in this action pending further developments in the MDL.

**IT IS SO ORDERED.**

Dated: December 20, 2022

*/s/ David O. Carter*

The Honorable David O. Carter
United States District Judge

4876-2811-3715